UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 22-CR-1052 |
| 1) ERMINIA SERRANO PIEDRA<br>   AKA "IRMA"<br>   AKA "BOSS LADY"<br>3) KEVIN DANIEL NUBER<br>   AKA "CAPTAIN"<br>4) LAURA NUBER<br>    AKA "BARBIE"<br>6) LLOYD BEXLEY<br>7) JEREMY DICKENS<br>10) KATIE ANN GARCIA<br>    AKA "GUERA"<br>12) OLIVERIA PIEDRA CAMPUZANO<br>14) PEDRO HAIRO ABRIGO | § § § § § § § § § § § § | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States, by and through its United States Attorney and undersigned Assistant United States Attorney, respectfully requests the Court to enter an order directing the Clerk of the Court to UNSEAL the Indictment as to the above eight captioned defendants, based on their arrests on September 13, 2022.

        Respectfully submitted,
        JENNIFER B. LOWERY
        UNITED STATES ATTORNEY

        */s/ Jennifer Day*
        Jennifer L. Day
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 22-CR-1052 |
| 1) ERMINIA SERRANO PIEDRA<br>    AKA "IRMA"<br>    AKA "BOSS LADY"<br>3) KEVIN DANIEL NUBER<br>    AKA "CAPTAIN"<br>4) LAURA NUBER<br>    AKA "BARBIE"<br>6) LLOYD BEXLEY<br>7) JEREMY DICKENS<br>10) KATIE ANN GARCIA<br>    AKA "GUERA"<br>12) OLIVERIA PIEDRA CAMPUZANO<br>14) PEDRO HAIRO ABRIGO | § § § § § § § § § § § § | |

## ORDER UNSEALING INDICTMENT

The Government's Motion to UNSEAL the Indictment against the above-captioned defendants is hereby GRANTED.

DONE at Laredo, Texas, on this _____ day of _____, 2022.

_____
MARINA GARCIA MARMOLEJO
UNITED STATES DISTRICT JUDGE