# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 5:22-CR-1052** |
| **v.** : | |
| : | |
| **ERMINIA SERRANO-PIEDRA et al.,** : | |
| : | |
| **Defendants.** : | |

## GOVERNMENT'S MOTION TO WITHDRAWAL AS ATTORNEY

COMES NOW the United States of America and notifies this Court and all parties that Trial Attorney Angela N. Buckner hereby withdraws for the United States of American in the above-referenced case. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

WHEREFORE, and in the interest of justice, respectfully prays this Honorable Court grant this motion and permit Trial Attorney Buckner to withdraw.

Respectfully Submitted,

MATTHEW R. GALEOTTI
Head of the Justice Department's
Criminal Division

By:   /s/ *Angela N. Buckner*

Angela N. Buckner
DC Bar No. 1022880
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Human Rights and Special Prosecutions
1301 New York Avenue, Northwest
Washington, D.C. 20530
(202) 616-0238
Angela.Buckner.2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on June 26, 2025, a copy of the foregoing was served by Notification of Electronic Filing.

                        By:    /s/ *Angela N. Buckner*
                                 Angela N. Buckner
                                 Trial Attorney